**SIMPSON THACHER & BARTLETT LLP**
GEORGE M. NEWCOMBE (Bar No. 202898)
JEFFREY E. OSTROW (Bar No. 213118)
3330 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

**SUGHRUE MION, PLLC**
ROBERT M. MASTERS (admitted *pro hac vice*)
CARL J. PELLEGRINI (admitted *pro hac vice*)
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 293-7060
Facsimile: (202) 293-7860

*Attorneys for NEC Corporation*

**HOWREY, LLP**
HENRY C. BUNSOW (Bar No. 060707)
DENISE M. DE MORY (Bar No. 168076)
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

*Attorneys for Harris Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEC CORPORATION,<br>    a Japanese Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>HARRIS CORPORATION,<br>    a Delaware Corporation,<br><br>        Defendant. | Case No. C04 - 3736 MJJ<br><br>**STIPULATON AND [PROPOSED]**<br>**ORDER STAYING CASE** |

1   IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-
2 identified action, that they have reached a settlement in principle of this action.  The parties
3 further agree that, to facilitate the finalization of the settlement, they wish to stay the proceedings
4 in this action for 45 days, and request the Court to order the proceedings so stayed.

6 STIPULATED AND AGREED TO:

7 Dated:  June 6, 2005                    By:      /s/ Robert M. Masters

8                                          **SUGHRUE MION, PLLC**
                                           ROBERT M. MASTERS (admitted *pro hac vice*)
9                                          CARL J. PELLEGRINI (admitted *pro hac vice*)
                                           2100 Pennsylvania Avenue, N.W.
10                                         Washington, D.C.  20037
                                           Telephone:  (202) 293-7060
11                                         Facsimile:  (202) 293-7860

12                                         **SIMPSON THACHER & BARTLETT LLP**
                                           GEORGE M. NEWCOMBE (Bar No. 202898)
13                                         JEFFREY E. OSTROW (Bar No. 213118)
                                           3330 Hillview Avenue
14                                         Palo Alto, CA  94304
                                           Telephone: (650) 251-5000
15                                         Facsimile:  (650) 251-5002

16
                                           *Attorneys for NEC Corporation*
17

18 Dated:  June 6, 2005                    By:      /s/ Denise M. DeMory

19                                         **HOWREY, LLP**
                                           HENRY C. BUNSOW (Bar No. 060707)
20                                         DENISE M. DE MORY (Bar No. 168076)
                                           525 Market Street, Suite 3600
21                                         San Francisco, CA  94105
                                           Telephone:  (415) 848-4900
22                                         Facsimile:  (415) 848-4999

23                                         *Attorneys for Harris Corporation*

STIPULATION AND [PROPOSED] ORDER STAYING CASE
Case No.  C04 - 3736 MJJ

2

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 8, 2005    /s/ _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

APPROVED
Judge Martin J. Jenkins

**ATTESTATION AS TO CONCURRENCE**

I, Ethan B. Andelman, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Ethan B. Andelman
Ethan B. Andelman