E-filing

1  **SIMPSON THACHER & BARTLETT LLP**
   GEORGE M. NEWCOMBE (Bar No. 202898)
2  JEFFREY E. OSTROW (Bar No. 213118)
3  3330 Hillview Avenue
   Palo Alto, CA 94304
4  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002
5

6  **SUGHRUE MION, PLLC**
   ROBERT M. MASTERS (admitted *pro hac vice*)
7  CARL J. PELLEGRINI (admitted *pro hac vice*)
   2100 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20037
   Telephone: (202) 293-7060
9  Facsimile: (202) 293-7860

10
   *Attorneys for NEC Corporation*
11
   **HOWREY, LLP**
12 HENRY C. BUNSOW (Bar No. 060707)
   DENISE M. DE MORY (Bar No. 168076)
13 525 Market Street, Suite 3600
14 San Francisco, CA 94105
   Telephone: (415) 848-4900
15 Facsimile: (415) 848-4999

16
   *Attorneys for Harris Corporation*
17

**FILED**

JUL 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEC CORPORATION, a Japanese Corporation, Plaintiff, v. HARRIS CORPORATION, a Delaware Corporation, Defendant. | Case No. C04 - 3736 MJJ<br><br>**STIPULATON AND [PROPOSED] ORDER FOR FURTHER STAY OF CASE** |

1    WHEREAS, the parties to the above-identified action previously requested a 45 day stay
2 of the proceedings in this action in order to finalize a settlement in principle reached by the
3 parties; and
4    WHEREAS, the Court granted this previous request for a stay on June 8, 2005; and
5    WHEREAS, the existing stay therefore expires on July 23, 2005; and
6    WHEREAS, the parties require additional time to finalize the settlement:
7    IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-
8 identified action, that they wish to further stay the proceedings in this action for 30 additional
9 days, and request the Court to order the proceedings so stayed.

STIPULATED AND AGREED TO:

Dated: July 22, 2005             By:      /s/ Robert M. Masters

**SUGHRUE MION, PLLC**
ROBERT M. MASTERS (admitted *pro hac vice*)
CARL J. PELLEGRINI (admitted *pro hac vice*)
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 293-7060
Facsimile: (202) 293-7860

**SIMPSON THACHER & BARTLETT LLP**
GEORGE M. NEWCOMBE (Bar No. 202898)
JEFFREY E. OSTROW (Bar No. 213118)
3330 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorneys for NEC Corporation*

Dated: July 22, 2005             By:      /s/ Denise M. DeMory

**HOWREY, LLP**
HENRY C. BUNSOW (Bar No. 060707)
DENISE M. DE MORY (Bar No. 168076)
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

*Attorneys for Harris Corporation*

STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF CASE
Case No. C04 - 3736 MJJ

2

DM_US\8230333.v1

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/25, 2005

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

## ATTESTATION AS TO CONCURRENCE

I, Ethan B. Andelman, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Ethan B. Andelman
Ethan B. Andelman

STIPULATION AND [~~PROPOSED~~] ORDER FOR FURTHER STAY OF CASE
Case No. C04 - 3736 MJJ

3

DM_US\8230333.v1