| | |
|---|---|
| 1 | **SIMPSON THACHER & BARTLETT LLP** |
| | GEORGE M. NEWCOMBE (Bar No. 202898) |
| 2 | JEFFREY E. OSTROW (Bar No. 213118) |
| | 3330 Hillview Avenue |
| 3 | Palo Alto, CA 94304 |
| | Telephone: (650) 251-5000 |
| 4 | Facsimile: (650) 251-5002 |
| 5 | **SUGHRUE MION, PLLC** |
| | ROBERT M. MASTERS (admitted *pro hac vice*) |
| 6 | CARL J. PELLEGRINI (admitted *pro hac vice*) |
| | 2100 Pennsylvania Avenue, N.W. |
| 7 | Washington, D.C. 20037 |
| | Telephone: (202) 293-7060 |
| 8 | Facsimile: (202) 293-7860 |
| 9 | *Attorneys for NEC Corporation* |
| 10 | HOWREY, LLP |
| | HENRY C. BUNSOW (Bar No. 060707) |
| 11 | DENISE M. DE MORY (Bar No. 168076) |
| | 525 Market Street, Suite 3600 |
| 12 | San Francisco, CA 94105 |
| | Telephone: (415) 848-4900 |
| 13 | Facsimile: (415) 848-4999 |
| 14 | *Attorneys for Harris Corporation* |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEC CORPORATION, a Japanese Corporation, | |
| Plaintiff, | Case No. C 04 - 3736 MJJ |
| v. | **STIPULATION OF DISMISSAL** |
| HARRIS CORPORATION, a Delaware Corporation, | Granted |
| Defendant. | |

Stipulation of Dismissal

08/03/05 4:38 PM

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate, by and through their respective counsel, that each and every claim set forth in NEC Corporation's Amended Complaint For Patent Infringement And Declaratory Judgment And Demand For Jury Trial and each and every counterclaim set forth in Harris Corporation's Answer To NEC's Amended Complaint And Harris Corporation's Counterclaims, in the above-captioned action, are dismissed with prejudice.

Each party is to bear its own costs.

Dated: August 3, 2005

**SUGHRUE MION, PLLC**

By: _____
Robert M. Masters

Attorneys for NEC CORPORATION

Dated: August 3, 2005

**HOWREY, LLP**

By: _____
Denise D. DeMory

Attorneys for HARRIS CORPORATION

8/10/2005



Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation of Dismissal  2

08/03/05 4:38 PM